**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**THOMASVILLE DIVISION**

| | | |
|---|---|---|
| DARRIOUS L. CAPERS, | : | |
| Petitioner, | : | |
| v. | : | 6:05-CV-58 (WLS) |
| RONALD BRAWNER, SUPERINTENDENT, | : | 28 U.S.C. § 2254 |
| Respondent. | : | |

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. 12), filed January 23, 2006. It is recommended that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2254 be denied. (Doc. 12). Petitioner has filed a timely objection to the Report and Recommendation. (Doc. 13). After filing his objection, Petitioner also seeks to amend his petition to add a new claim. Also, pending is Petitioner's request for this Court to enter a final and appealable order. (Doc. 41).

In his objection to the recommendation, Petitioner does not show that he has exhausted his administrative remedies by filing a state habeas peition. Petitioner admits that he filed a motion to reconsider the affirmance of his conviction with the Georgia Court of Appeals and a writ of certoriari with the Georgia Supreme Court. Petitioner argues that it would be futile to file a state habeas in light of these courts' rulings. Such an argument is without merit and is unsubstantiated speculation based on an incorrect interpretation of the law. Therefore, the Court rejects and overrules Petitioner's objection. (Doc. 13).

Petitioner moved (Doc. 11) to admit a letter from his attorney a few days befoe the Magistrate Judge issued his recommendation and it was not ruled upon by the Magistrate Judge. The Court finds that the letter is irrelevant to the issue of whether Petitioner exhausted his administrative remedies and will not be considered. Therefore, said motion (Doc. 11) is **DENIED.** Further, Petitioner has moved for a final order so that he may appeal.

(Doc. 16). This order will serve as a final order from which an appeal can be taken pursuant to the Federal Rules. Therefore, Plaintiff's motion is unnecessary surplusage and accordingly the motion (Doc. 16) is **DENIED as moot.**

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, together with the findings made, reasons stated and conclusions reached herein. Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DENIED and DISMISSED**. Further, Petitioner's motion to add an exhibit (Doc. 11) is **DENIED,** and Petitioner's motion for a final order (Doc. 16) is **DENIED as moot.**

SO ORDERED, this   28th   day of June, 2006.

  /s/W. Louis Sands
**W. Louis Sands, Chief Judge**
**United States District Court**